**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **EDWARDO GARZA, doing business as Garza Trucking and Harvesting doing business as Edwardo Garza, Farm Labor Contractor** | : : : : | |
| | : | **Civil Action No.** |
| **Plaintiff,** | : | **7:10–mc-3(HL)** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## <u>ORDER</u>

Before the Court is the Plaintiff's amended motion for return of property (Doc. 2) and the Plaintiff's original motion for return of property (Doc. 1).

The United States ("the Government") responded to the Plaintiff's motions. The Government states that counsel have come to an agreement regarding the Plaintiff's request for the return of his property. The Government asks the Court to find the motions moot.

The Plaintiff did not file a reply to the Government's response; accordingly, the Court takes as true the Government's assertion that the parties have reached an agreement. The motions for the return of the Plaintiff's property are therefore denied as moot.

**SO ORDERED**, this the 7th day of December, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc